UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,

    Petitioner,

v.                                  Case No. 1:25-cv-315-TKW-MAF

SECRETARY, FLORIDA
DEPARTMENT OF CHILDREN
AND FAMILIES,

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3) and Petitioner's "Motion for Objections" (Doc. 4). Upon de novo review of the issues raised in Petitioner's objections under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court agrees with the magistrate judge's determination that this case should be dismissed as duplicative. The Court also agrees that a certificate of appealability and leave to appeal in forma pauperis should be denied.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** as duplicative.

3. A certificate of appealability is **DENIED**.

4. Leave to appeal in forma pauperis is **DENIED**.

5. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 3rd day of November, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**